UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F03-0030--CV (JWS)
"PAUL EAGLIN V UNIVERSITY OF ALASKA ET AL"

Including terminated parties, excluding terminated counsel

```
    Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/17/03
             Closed: 12/20/04

       Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (442) Jobs
                      RACE DISCRIMINATION IN EMPLOYMENT
              Origin: (2) Removed from State Court
              Demand: 100
          Filing fee: Paid $150.00 on 09/17/03 receipt # 00121325
            Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | EAGLIN, PAUL | Paul B. Eaglin<br>Eaglin Law Office<br>POB 81910<br>Fairbanks, AK 99708-1910<br>907-374-4744<br>FAX 907-374-4766 |
| DEF 1.1 | UNIVERSITY OF ALASKA | Thomas M. Daniel<br>Perkins Coie<br>1029 W. 3rd Avenue, Suite 300<br>Anchorage, AK 99501-1981<br>907-279-8561<br>FAX 907-276-3108 |
| DEF 2.1 | HAMILTON, MARK | Thomas M. Daniel<br>(see above) |
| DEF 3.1 | PARRISH, JAMES | Thomas M. Daniel<br>(see above) |
| DEF 4.1 | JOHNSEN, JAMES | Thomas M. Daniel<br>(see above) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F03-0030--CV (JWS)
                     "PAUL EAGLIN V UNIVERSITY OF ALASKA ET AL"

                              For all filing dates
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
            Filed: 09/17/03
           Closed: 12/20/04

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   RACE DISCRIMINATION IN EMPLOYMENT
           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $150.00 on 09/17/03 receipt # 00121325
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/17/03 | DEF 1-4 Notice of Removal from Superior Court for the State of Alaska case no. 4FA-03-1937CI. |
| 2 - 1 | 09/17/03 | DEF 1-4 Notice to adverse parties of filing notice of removal. |
| 3 - 1 | 09/17/03 | DEF 1-4 Notice of filing pleadings w/att copies of state court pleadings. |
| 4 - 1 | 09/17/03 | DEF 1-4 Service List. |
| 5 - 1 | 09/17/03 | DEF 1-4 Disclosure Statement. |
| 6 - 1 | 09/18/03 | RRB Minute Order to Petitioner Subsequent to Removal. Petitioner to file w/court w/i 10 days copies of state court docs and svc list. cc: cnsl |
| 7 - 1 | 09/19/03 | RRB Minute Order that this case is reassigned by random draw to Judge Sedwick for all further proceedings.  Use case number F03-0030CV (JWS) on all future filings. cc: cnsl, Judge Sedwick |
| 8 - 1 | 09/19/03 | JWS Amended Minute Order to Petitioner Subsequent to Removal. Petitioner to file w/court w/i 10 days copies of state court docs and svc list. cc:cnsl |
| 9 - 1 | 10/14/03 | DEF 1-4 Answer to Complaint. |
| 10 - 1 | 10/15/03 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 11 - 1 | 11/12/03 | PLF 1; DEF 1-4 Scheduling and Planning Conference Report. |
| 12 - 1 | 12/12/03 | JWS Minute Order setting schedule on question of class certification: disc to close 3/1/04; mot to certify case as class action due 4/5/04. cc: cnsl |
| 13 - 1 | 12/24/03 | DEF 1-4 motion to dismiss plaintiff's class claims and to enjoin public disclosure of client confidences and secrets w/att exhs. |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE F03-0030--CV (JWS)
                   "PAUL EAGLIN V UNIVERSITY OF ALASKA ET AL"

                            For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 12/24/03 | DEF 1-4 motion to file affidavit (exh B to motion to dismiss) under seal w/att prop sealed aff. |
| 15 - 1 | 12/29/03 | JWS Order granting mot to file aff (exh B to motion to dismiss) under seal (14-1). cc: cnsl |
| 16 - 1 | 12/29/03 | {SEALED} |
| 17 - 1 | 01/12/04 | PLF 1 opposition to DEF 1-4 motion to dismiss plaintiff's class claims and to enjoin public disclosure of client confidences and secrets w/attached exhibit (13-1). |
| 18 - 1 | 01/12/04 | {SEALED} |
| 19 - 1 | 01/21/04 | DEF 1-4 Unopposed motion for extension of time until 1/29/04 to reply to opposition to motion to dismiss. |
| 19 - 2 | 01/22/04 | Order granting unoppo mot for ext of time until 1/29/04 to reply to opposition to mot to dismiss (19-1). cc: cnsl |
| 20 - 1 | 01/22/04 | PLF 1 motion to file under seal the January 12, 2004 Supplemental opposition to defendants' motion for protective order and motion to deny class certification. |
| 21 - 1 | 01/29/04 | DEF 1-4 reply to oppo to DEF 1-4 mot to dismiss plf's class claims and to enjoin public disclosure of client confidences and secrets (13-1). |
| 22 - 1 | 01/29/04 | DEF 1-4 motion to file third affidavit of James A. Parrish under seal w/att aff. |
| 23 - 1 | 01/29/04 | DEF 1-4 non-oppo to PLF 1 mot to file under seal the January 12, 2004 Suppl oppo to defs' mot for protective order and mot to deny class certification (20-1). |
| 22 - 2 | 02/02/04 | JWS Order granting mot to file third aff of James A. Parrish under seal (22-1). cc: cnsl |
| 24 - 1 | 02/02/04 | {SEALED} |
| 25 - 1 | 02/04/04 | JWS Order granting mot to file under seal the January 12, 2004 Suppl oppo to (20-1); reply may also be fld under seal. cc: cnsl |
| 26 - 1 | 02/04/04 | {SEALED} |
| 27 - 1 | 03/11/04 | JWS Minute Order that def cnsl submit CD containing prop PO in WP 9 format for crt's consideration. cc: cnsl |
| 28 - 1 | 03/17/04 | DEF 1-4 Notice of submitting disk w/prop PO. (disk rtd to chambers) |
| 29 - 1 | 04/07/04 | JWS Order granting/denying w/o prej mot to dismiss plf's class clms and to enjoin public disclosure (13-1); DEF 1 granted 20 days leave to file cclm; certification of action as a class action denied; all allegations of cmplt referring to class action stricken. cc: cnsl |
| 30 - 1 | 04/07/04 | JWS Protective Order re: disclosure during pretrial disc. cc: cnsl |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE F03-0030--CV (JWS)
         "PAUL EAGLIN V UNIVERSITY OF ALASKA ET AL"

                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 06/02/04 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 32 - 1 | 07/02/04 | PLF 1; DEF 1-4 Scheduling & Planning Conf Rpt. |
| 33 - 1 | 07/16/04 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 01/31/05; disp mots ddln 03/02/05; 5 day TBC estimate. cc: cnsl |
| 34 - 1 | 09/16/04 | Stipulation extending time until 9/23/04 to confer re: plaintiff's objection to confidential designation. |
| 34 - 2 | 09/17/04 | JWS Order approving stip extending time until 9/23/04 to confer re: plaintiff's obj to confidential designation (34-1). cc: cnsl |
| 35 - 1 | 11/23/04 | DEF 1-4 Amended Final Witness List. |
| 36 - 1 | 11/24/04 | PLF 1 motion for permission to file final witness list after the deadline. |
| 36 - 2 | 11/24/04 | PLF 1 motion for extension of time to 11/30/04 to file final witness list. |
| 38 - 1 | 11/30/04 | PLF 1 Witness List. |
| 37 - 1 | 12/01/04 | DEF 1-4 non-opposition to PLF 1 motion for permission to file final witness list after the deadline (36-1), PLF 1 motion for extension of time to 11/30/04 to file final witness list (36-2). |
| 39 - 1 | 12/03/04 | JWS Minute Order granting mot for permission to file final wit list after the ddln (36-1), mot for ext of time to 11/30/04 to file final wit list (36-2). cc: cnsl |
| 40 - 1 | 12/13/04 | PLF 1 motion to dismiss. |
| 41 - 1 | 12/16/04 | DEF 1-4 non-opposition to PLF 1 motion to dismiss (40-1). |
| 42 - 1 | 12/17/04 | JWS Minute Order granting motion to dismiss (40-1). This case is dismissed with prejudice. The clerk shall enter judgment that plf take nothing from defs. Each party shall bear its own costs. cc: cnsl |
| 43 - 1 | 12/20/04 | JWS Judgment that case dism w/prej; plf take nothing from defs; each party to bear own costs. cc: cnsl, O&J |